Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF
KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

*Attorney for Plaintiff
Christopher Funk*

BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

*Attorney for Ally Financial Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Funk<br><br>Plaintiff,<br><br>Ally Financial Inc., Americredit Financial Services Inc. dba GM Financial, and Trans Union LLC,<br><br>Defendants. | Case No. 2:22-cv-01120-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Christopher funk ("Plaintiff") and Defendant Ally Financial Inc. ("Ally") hereby stipulate to extend the time for Ally to respond

to Plaintiff's Complaint by Fifteen (15) days from August 11, 2022 to August 26, 2022. The parties request the proposed extension while they further investigate the facts of this matter to allow Ally to fully and accurately respond to the Complaint. The parties enter this stipulation in good faith and not out of a desire to harass or delay the litigation of this action.

Dated: August 10, 2022        Respectfully submitted,

LAW OFFICE OF
KEVIN L. HERNANDEZ

By: */s/ Kevin L. Hernandez*
    Kevin L. Hernandez

*Attorney for Plaintiff*
Christopher Funk

Dated: August 10, 2022        Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brody R. Wight*
    Brody R. Wight

*Attorney for Defendant*
Ally Financial Inc.

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:52 pm, August 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**