Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant Americredit Financial Services dba GM Financial, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER FUNK, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., a foreign corporation; AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company,<br><br>　　Defendants. | CASE NO.  2:22-cv-01120-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GM FINANCIAL, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Defendant Americredit Financial Services, Inc. dba GM Financial, Inc.'s ("GM Financial") response to Plaintiff Christopher Funk's complaint currently is due September 9, 2022.  GM Financial has requested, and Plaintiff has agreed, that GM Financial has up to and including September 21, 2022, to respond to Plaintiff's complaint, to provide additional time for GM Financial to continue to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against GM Financial.

*[Continued on following page.]*

DMFIRM #404803246 v1

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: September 9, 2022

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>(702) 563-4450<br>Kevin@kevinhernandezlaw.com |
| *Attorneys for Defendant Americredit Financial Services dba GM Financial, Inc.* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2022