Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant AmeriCredit Financial Services dba GM Financial, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER FUNK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALLY FINANCIAL, INC., a foreign corporation; AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company, <br><br> Defendants. | CASE NO.  2:22-cv-01120-JCM-BNW <br><br> **Joint Motion to Dismiss Defendant AmeriCredit Financial Services, Inc.** |

Pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 7-1, plaintiff Christopher Funk and defendant AmeriCredit Financial Services, Inc. dba GM Financial, Inc., hereby stipulate and agree to dismiss AmeriCredit Financial Services, Inc. from this action with prejudice.

[continued on following page]

DMFIRM #405312185 v1

Each party to this joint motion will bear its own attorneys' fees and costs.

Dated: October 21, 2022.

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ David E. Chavez | By: /s/ Kevin L. Hernandez |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Kevin L. Hernandez<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>(702) 563-4450<br>Kevin@kevinhernandezlaw.com |
| *Attorneys for Defendant Americredit Financial Services dba GM Financial, Inc.* | *Attorney for Plaintiff Christopher Funk* |

**Order**

It is so ordered.

_____
United States District Court Judge

DATED: November 18, 2022